UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA F. SILVERMAN,<br><br>                    Plaintiff,<br><br>             v.<br><br>NANCY A. BERRYHILL, Acting<br>Commissioner of Social Security,<br><br>             Defendant. | Case No. CV 16-6232 JC<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is AFFIRMED.

DATED:  March 22, 2017

_____ /s/ _____

Honorable Jacqueline Chooljian
UNITED STATES MAGISTRATE JUDGE